UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOUAD KARFA

            Case No. 19-cv-06091
            (PKC)(CLP)

       Plaintiff(s),

 -against-

            **DECLARATION OF**
            **STEPHEN D. HANS, ESQ.**

MARINE PARK REFERRING CENTER, INC. d/b/a
MARINE PARK REFERRING CENTER and
HISHAM ALMEHDAWI

       Defendants.
-----------------------------------------------------------------X

  STEPHEN D. HANS, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. In accordance with the Order of the Court dated, August 7, 2020. I submit the enclosed Declaration complying with the Court's Order.

2. I served the letter on Docket #18 seeking to be relieved from further representation of the individual Defendant to Mr. Almehdawi's email on August 6, 2020 as well as mailing a copy to the address on file, 1100 Coney Island Avenue, Suite 404, Brooklyn, NY 11230

3. I received the attached email from the Defendant acknowledging receipt of the letter to the Court which he acknowledged in the email.

4. I therefore request that the relief sought in my letter is granted.

Executed on August 7, 2020

Dated: Long Island City, New York
August 7, 2020

            STEPHEN D. HANS & ASSOCIATES, P.C.

            By _____
            Stephen D. Hans (SH-0798)
            30-30 Northern Boulevard, Suite 401
            Long Island City, New York 11101
            Tel: 718.275.6700 x 204
            Email: shans@hansassociates.com

**Tara Jones**

| | |
|---|---|
| From: | Hisham Almehdawi <hishamalmehdawi@gmail.com> |
| Sent: | Thursday, August 6, 2020 6:01 PM |
| To: | Tara Jones |
| Subject: | Re: Letter from Stephen Hans |

Thank you for informing me about this letter --- I wish I could afford to use you --- please stay safe and healthy
my best regards
Hisham Almehdawi,

On Thu, Aug 6, 2020 at 12:25 PM Tara Jones <tjones@hansassociates.com> wrote:

> Hello Hisham,
>
> Attached you will find a copy of the letter that was sent to Judge Pollack from Stephen Hans. If you have any questions, please feel free to contact us.
>
> Thank you,
>
> Tara Jones
>
> Tara Jones
>
> Administrative Assistant
>
> Stephen D. Hans & Associates, P.C.
>
> 30-30 Northern Boulevard, Suite 401
>
> Long Island City, New York 11101
>
> Tel: (718) 275-6700
>
> Fax: (718) 275-6704
>
> www.hansassociates.com

1